O.R.gaNa oNe
puta s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Jimmie Bozeman JR

Inmate Identification Number: 163240

FILED
05 JUN 28 PM 3:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

NOTICE TO FILING
CV-05-PWG-1408-S

...notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

MRS. BA JoNes
MRS.
MR.
MRS

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes (✓)   No ( )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Jimmie Bozeman

Defendant(s): MRS. BA JoNes
MRS.

2. Court (if Federal Court, name the district; if State Court, name the county) **UNITed STATES NORTHEReN**

3. Docket number **ThERE isvnT oNe**

4. Name of judge to whom case was assigned **MiKe mccoRmic oF JeFFeRSON CoUnTy**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) \_\_\_\_\_

6. Approximate date of filing lawsuit \_\_\_\_\_

7. Approximate date of disposition \_\_\_\_\_

II. Place of present confinement **BUllOCK coRRectioNal FaciliTy**

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

C. If your answer is YES:

   1. What steps did you take? **STeP oNe**

   2. What was the result? \_\_\_\_\_

D. If your answer is NO, explain why not? \_\_\_\_\_

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) JiMMie BozeMaN

Address 6509 Joppa cT. BirmingHam ALA 35212

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant MRS. BA Jones
is employed as THe STeWARD
at Bullock couNTY coRRecTionaL

C. Additional Defendants MRS.
MR.
MR.
MR.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

They Feed PeoPLe HeRe HalF cooked Food

3

They don't Feed enough Food here, The extra Food They Be Having Left They Throw it Away A Lot of other inmates is scared To complain

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would The court To send a Letter To The Department of Corrections or have some one To investagate The situation and Find out what The Problem is or have Them To Shut!!!!!!! down!!!!!!!!

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Jimmie Bozeman

Signature(s)