IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-1408-PWG |
| ) | |
| MRS. B.A. JONES, Steward, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED and DECREED that the above styled action be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff.

DONE this the 7th day of July, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE