**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

RECEIVED
2005 JUL 12 A [illegible]

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

July 7, 2005

Debra P Hacket
Clerk of Court
US District Court Middle District of AL
P.O. Box 711
Montgomery, AL 36101-0711

2:05cv 642-F

Case Number: CV-05-PWG-1408-S

Dear Clerk:

In accordance with the order of this court entered this date, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: _____
Deputy Clerk

PDM:sfh

Enclosures

xc:   Counsel